# Order

Michigan Supreme Court
Lansing, Michigan

May 17, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158852(78)

DETROIT ALLIANCE AGAINST THE RAIN
TAX, DETROIT IRON & METAL COMPANY,
AMERICAN IRON & METAL COMPANY,
MCNICHOLS SCRAP IRON & METAL
COMPANY, MONIER KHALIL LIVING
TRUST, and BAGLEY PROPERTIES, LLC,
        Plaintiffs-Appellants,

v

CITY OF DETROIT, DETROIT WATER AND
SEWAGE DEPARTMENT, and DETROIT
BOARD OF WATER COMMISSIONERS,
        Defendants-Appellees.

_____/

SC: 158852
COA: 339176

On order of the Chief Justice, the motion of defendants-appellees to file a response to the brief amicus curiae filed by Trappers Properties *et al.* is GRANTED. The response submitted on May 16, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 17, 2019



Clerk